IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KELLY PERRY                                                                                          PLAINTIFF

VS.                                        CASE NO. 3:18CV00017 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                                                DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 10th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE